

FILED & ENTERED

JUN 13 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Yolanda Wafer Narcisse,<br><br><br><br><br>Debtor. | Case No: 2:22-bk-16299-NB<br><br>Chapter: 7<br><br>**ORDER GRANTING MOTION TO REOPEN BANKRUPTCY CASE**<br><br>[No Hearing Required] |

Debtor filed a motion to reopen this bankruptcy case (dkt. 14, the "Motion to Reopen").  For the reasons stated therein, and with good cause appearing, it is hereby

ORDERED that the Motion to Reopen is granted, and it is further

ORDERED that the Clerk of the Bankruptcy Court is requested and directed to reopen this case, and it is further

ORDERED that a trustee will not be appointed in this case absent further order from this court, and it is further

ORDERED that the movant must timely file appropriate papers (*i.e.*, the movant must follow up on the reason for reopening this case, such as filing and serving a motion, arranging for a hearing if appropriate, lodging proposed orders, etc.), and it is finally

//

ORDERED that if the movant fails to file those papers within 28 days after this order is issued, the Clerk of the Court is requested and directed to close this case without further notice.

###

Date: June 13, 2024

Neil W. Bason
United States Bankruptcy Judge