Joe Angelo (Bar # 268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Debtor
Yolanda Wafer Narcisse

UNITED STATES BANKRUPTCY COURT

CENTRAL DISCTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>YOLANDA WAFER NARCISSE,<br><br>Debtor. | Case No.: 2:22-16299-NB<br><br>Chapter 7<br><br>**DEBTOR'S MOTION FOR CONTEMPT FOR VIOLATION OF THE DISCHARGE INJUNCTION**<br><br>Date:      July 30, 2024<br>Time:     11:00am<br>Judge:    Hon. Bason<br>Crtrm:    1545<br>Location: 255 E. Temple St.<br>                Los Angeles, CA 90012 |

**To the United States Bankruptcy Court; the United States Trustee; the Chapter 7 Trustee; Navy Federal Credit Union, and all other interested parties in interest:**

Yolanda Wafer Narcisse (hereinafter "Debtor"), by and through her attorney of record, Joe Angelo, moves this Court for an Order holding Navy Federal Credit Union (hereinafter "Creditor" or "NFCU"), in contempt for violation of the automatic stay and discharge injunction pursuant to 11 U.S.C. §§ 105 and 524.

This motion is supported by the memorandum of points and authorities, declaration, and other documents filed concurrently with the motion. In her motion Debtor seeks the following award:

1. An Order finding NFCU violated provisions of the discharge injunction,

2. An award of actual and compensatory damages including, but not limited to, emotional harm in an amount to be determined reasonable by the Court,

3.  An award of sanctions in an amount to be determined reasonable by the Court,

4.  An award of punitive damages in an amount to be determined by the Court,

5.  An award of the reasonable attorneys' fees and costs necessary to prosecute the motion, as to be determined by the Court upon the filing of a supplemental accounting and declaration and once approved payable directly to Debtor's attorney; and

6.  Such other equitable relief as may be warranted in the interest of justice.

**Gale, Angelo, & Johnson, P.C.**

Dated: June 27, 2024   By:   */s/ Joe Angelo.*
                             Joe Angelo
                             Attorney for Debtor